**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2332

CHRISTINE SANDRA MCLENDON,

Plaintiff - Appellant,

versus

MARIA KILLIEUM, Doctor; MICHAEL TAYLOR,
Deputy; JOSEPH SAMUELS, Deputy,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-95-776)

Submitted:  February 13, 1997      Decided:  February 25, 1997

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christine Sandra McLendon, Appellant Pro Se.  C. Lamar Garren, MARTIN & RAYNOR, P.C., Charlottesville, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McLendon v. Killieum, No. CA-95-776 (E.D. Va. Sept. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2